# Court of Appeals
# of the State of Georgia

ATLANTA,  August 29, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2515.  IN THE INTEREST OF: T. N., A CHILD (MOTHER).**

Temporary guardianship of T. N., a minor child, was previously granted to Gregory and Robin Freeman.  On March 28, 2012, the juvenile court entered an order denying the child's mother's petition to terminate the temporary guardianship.  The mother filed a motion for reconsideration, which the juvenile court denied by order entered May 3, 2012.  On May 14, 2012, the mother filed a notice of appeal.

The mother had the right to appeal the trial court's order denying her petition to terminate the guardianship.  See OCGA § 5-6-34 (a) (11).  To be timely, however, her notice of appeal had to have been filed within 30 days after entry of that order.  See OCGA § 5-6-38 (a).  Although the mother filed a motion for reconsideration, the filing of such a motion does not extend the time for filing a notice of appeal.  See *Blackwell v. Sutton*, 261 Ga. 284 (404 SE2d 114) (1991).  Moreover, a trial court's order denying a motion for reconsideration is not appealable in its own right.  See *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985).  Because the mother failed to file a notice of appeal within 30 days of the date of entry of the appealable order, we lack jurisdiction to consider this appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 08/29/2012

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*